ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/11/2015 11:38:35 AM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT

| | | | |
|---|---|---|---|
| ALS 88 DESIGN BUILD, LLC | § | | |
| | § | | FILED IN |
| v. | § | No. 04-15-00096-CV | 4th COURT OF APPEALS |
| | § | | SAN ANTONIO, TEXAS |
| MOAB CONSTRUCTION | § | | 5/11/2015 11:38:35 AM |
| | | | KEITH E. HOTTLE |
| | | | Clerk |

## ADVISORY TO THE COURT and
## MOTION FOR EXTENSION

Now Comes, ALS 88 Design Build, LLC, and files this Advisory to the Court and Motion for Extension and in support hereof respectfully shows the court as follows:

In accordance with this court's order, ALS 88 Design Build, LLC advises the court that on April 27, 2015 undersigned counsel contacted Court Reporter Judy Mata in the 438th District Court via e-mail and requested preparation of the transcript for this appeal. On April 29, 2015 Ms. Mata advised via e-mail that the cost for the transcript will be $2975.00 and that she requires the entire amount in full before she will begin work.

ALS 88 Design Build, LLC was prepared to pay for ½ of the cost of the transcript but in light of Ms. Mata's requirement that the entire cost be paid in advance, ALS 88 Design Build, LLC needs additional time to pay for the entire transcript as required by the Court Reporter.

WHEREFORE, Appellant requests the deadline to pay for the transcript be extended to and including Monday May 18, 2015, and for all other and further relief to which it may be justly entitled.

Respectfully submitted this the 11th day of May, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

By: */S/Regina Bacon Criswell*
SBN: 01496580

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                          Via e-file
*Attorney for MOAB Construction Company, Inc.*


/S/Regina Bacon Criswell
REGINA B. CRISWELL